**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**TRANSPLACE STUTTGART, LP**                                            **PLAINTIFF**

        **v.**            **Civil No. 12-5224**

**ZAHAVA GROUP, INC.**                                                   **DEFENDANT**

<u>**DEFAULT JUDGMENT**</u>

On November 13, 2012, the Clerk of the Court entered a default against defendant Zahava Group, Inc. Upon consideration of plaintiff's **Motion for Default Judgment** (document #12) and the affidavits and invoices in support thereof (documents #12-1 and 12-2), and for the reasons stated in the Order filed concurrently herewith, **IT IS HEREBY ORDERED AND ADJUDGED** that Transplace Stuttgart, LP shall have and recover from Zahava Group, Inc. judgment in the amount of $214,600.91, plus its attorney's fees and costs of $4,174.81, for a total of **$218,775.72.**

This judgment shall bear interest from this date until paid at the rate of 0.15% per annum.

**IT IS SO ORDERED** this 20th day of February 2013.

                                                   /s/ Jimm Larry Hendren
                                                   **JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**